UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80538-CIV-REINHART

BRANDI YIP, et al.,

        Plaintiffs,

v.

NMS MANAGEMENT SERVICES, INC., et al.,

        Defendants.

_____/

**ORDER GRANTING JOINT MOTIONS FOR APPROVAL OF SETTLEMENT AGREEMENTS (ECF NOS. 132, 133), DISMISSING THIRD AMENDED COMPLAINT WITH PREJUDICE, AND CLOSING CASE**

THIS CAUSE is before the Court upon the parties' Joint Motions Requesting an Order Approving the Settlement Agreements and to Dismiss Lawsuit with Prejudice ("Joint Motion"). ECF Nos. 132, 133. The Court conducted a fairness hearing on November 19, 2020. Pursuant to the FLSA Settlement Agreements reached between the parties, and reviewed by the Court *in camera*, it is **ORDERED AND ADJUDGED** as follows:

1. After careful consideration of the settlement agreements, the Court finds that they represent a fair and reasonable resolution of the parties' bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

2. The parties' Joint Motions (ECF Nos. 132, 133) are **GRANTED**.

3. The parties' FLSA Settlement Agreements are hereby **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the parties' FLSA Settlement Agreement for a period of 60 days.

5. Any and all pending motions are hereby **DENIED AS MOOT**; the Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED**, in Chambers at West Palm Beach, Florida this 19th day of November, 2020.

_____

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE